TROY JAYNES *v.* COMMISSIONER OF CORRECTION
(AC 21761)

Lavery, C. J., and Schaller and Dupont, Js.

Submitted on briefs April 26—officially released May 28, 2002

Per Curiam. The habeas court did not abuse its discretion in denying the petitioner's request for certification to appeal.

The appeal is dismissed.

RICHARD LORD *v.* COMMISSIONER OF
CORRECTION
(AC 21926)

Lavery, C. J., and Schaller and Dupont, Js.

Submitted on briefs April 26—officially released May 28, 2002

Per Curiam. The habeas court did not abuse its discretion in denying the petitioner's request for certification to appeal.

The appeal is dismissed.